UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CVS HEALTH CORPORATION,<br><br>　　　　Defendant. | Case No: 21-cv-01396 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Plaintiff, by and through his counsel, has advised the Court that the Parties have agreed to a settlement. Dkt. No. 16.

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and pretrial/trial dates will be reset, provided such motion is filed within 60 days of the date this order is filed.

IT IS SO ORDERED.

Dated: June 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge